## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Middlebrooks, Adrienne

Printed:  9/23/08

Case Number:  07 B 23985
Judge:  Goldgar, A. Benjamin
Filed:  12/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  August 12, 2008
Confirmed:  April 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                    | Receipts | Disbursements |
|--------------------|----------|---------------|
|                    | 651.00   |               |
| Secured:           |          | 0.00          |
| Unsecured:         |          | 0.00          |
| Priority:          |          | 0.00          |
| Administrative:    |          | 608.68        |
| Trustee Fee:       |          | 42.32         |
| Other Funds:       |          | 0.00          |
| Totals:            | 651.00   | 651.00        |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,000.00 | 608.68 |
| 2. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 4,838.54 | 0.00 |
| 4. | Internal Revenue Service | Priority | 4,794.74 | 0.00 |
| 5. | National American | Unsecured | 2,933.88 | 0.00 |
| 6. | U.S. Department Of Education | Unsecured | 2,674.40 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 5,081.37 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 2,494.23 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 2,677.73 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 2,203.20 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 707.83 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 842.40 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 2,510.18 | 0.00 |
| 14. | Merrick Bank | Unsecured | 2,244.33 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 24.76 | 0.00 |
| 16. | Cook County Treasurer | Secured | | No Claim Filed |
| 17. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | HSBC | Unsecured | | No Claim Filed |
| | | | $ 36,027.59 | $ 608.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 6.5% | 42.32 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Middlebrooks, Adrienne

Printed:  9/23/08

Case Number:  07 B 23985

Judge:  Goldgar, A. Benjamin

Filed:  12/20/07

_____
$ 42.32

Based on the above information, the trustee requests that the court enter an order discharging the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

